**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000694
12-APR-2021
09:36 AM
Dkt. 14 ODSD**

NO. CAAP-20-0000694

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
CHRISTOPHER YOUNG, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CASE NO. 3DTC-19-004686)

ORDER DISMISSING APPEAL
(By:  Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) On November 5, 2020, self-represented Defendant-Appellant Chris Young (Young) filed the notice of appeal;

(2) On November 25, 2020, the district court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before December 7, 2020, and January 4, 2021, respectively;

(4) Young failed to file either document or request an extension of time;

(5) On January 13, 2021, the appellate clerk notified Young that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on January 25, 2021, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules

of Appellate Procedure Rules 12.1(e) and 30, and Young could request relief from default by motion; and

(6) Young took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 12, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge